1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    BENJAMIN CHOYCE,                    )    No. C 09-5402 JSW (PR)
                                          )
12                  Plaintiff,            )
                                          )    **ORDER DENYING MOTIONS**
13         v.                             )    **FOR LEAVE TO FILE**
                                          )    **INTERROGATORIES AND FOR**
14    SAN FRANCISCO SHERIFF'S             )    **ORDER TO SHOW CAUSE**
      DEPARTMENT, OFFICER MARTIN,         )
15    OFFICER CHIBA, OFFICER LOZANO,      )
      LIEUTENANT TILTON, SERGEANT         )
16    HASKELL, SERGEANT LASATER,          )
      S.D. ANDERSON, S.D. LEIU, OFFICER   )
17    PINEDA, LIEUTENANT WONG,            )
                                          )
18                  Defendants.           )    (Docket Nos. 31 & 32)
      _____)

19

20         Plaintiff, a California prisoner proceeding pro se, has filed a motion for leavfe to

21   "file" interrogatories.  Plaintiff may take discovery from Defendants, but he may not file

22   discovery requests with the Court.  Rather, he must serve interrogatories and other

23   requests for discovery directly upon defense counsel.  His motion for leave to file

24   interrogatories with the Court (docket number 32) is DENIED.

25         Plaintiff has also filed a motion for an order to show cause in which he argues that

26   Defendants' motion for summary judgment should be denied.  Plaintiff's arguments will

27   //

28   //

1   be considered as part of his opposition to summary judgment, but there is no need for an

2   order to show cause.  Consequently, the motion for an order to show cause (docket

3   number 31) is DENIED.

4        IT IS SO ORDERED.

5   DATED:  February 25, 2011

6

7                                          JEFFREY S. WHITE
                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2